UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:16-cv-3272 |
| NEL-AISHA HOSPITALITY, INC. | : |
| A Limited Liability Company | : |
| Defendant | : |

## NOTICE OF VOLUNTARY DISMISSAL AGAINST
## JAI-AMBE INC. AND ARVIND MOTEL VENTURES, LLC

Plaintiff, Guadalupe Adams, hereby voluntarily dismisses, without prejudice, this action against

Jai-Ambe, Inc. and Arvind Motel Ventures, LLC.

Dated: August 25, 2016

                                                            Respectfully submitted,

                                                            By: */s/ Pete M. Monismith*
                                                            Pete M. Monismith
                                                           Attorney for Plaintiff
                                                           3945 Forbes Ave., #175
                                                           Pittsburgh, PA 15213
                                                           (tel) 724-610-1881
                                                           (fax) 412-258-1309
                                                           pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal against Jai Ambe Inc. was served upon all parties of record via the Court's CM/ECF system on April 25, 2016, and by mailing said document to:

Nel-Aisha Hospitality, Inc
c/o DILIP B. PATEL
900 N. 18TH STREET
OZARK, MO 65721

Jai Ambe, Inc.
c/o Dilip Patel
14125 HWY Z
ST ROBERTS, MO 65584

Arvind Motel Ventures, LLC
c/o Anil Kumar Hooda
299 N 20th Street
Ozark, MO 65721

By: */s/ Pete M. Monismith*
Pete M. Monismith
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com