IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:16-cv-3272 - MDH |
| NEL-AISHA HOSPITALITY, INC., et. al. | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Against Jai-Ambe Inc. and Arvind Motel Ventures, LLC. (Doc. No. 8). Based on Plaintiff's notice, the Court hereby dismisses Plaintiff's claims against Jai-Ambe Inc. and Arvind Motel Ventures, LLC, without prejudice, each party to bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED: August 29, 2016            */s/ Douglas Harpool*
                                  **DOUGLAS HARPOOL**
                                  **UNITED STATES DISTRICT JUDGE**