UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:16-cv-03272-MDH |
| ) | |
| NEL-AISHA HOSPITALITY, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR ATTORNEY'S FEES

**COMES NOW**, Defendant Nel-Aisha Hospitality, Inc., by and through its counsel, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and moves this Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and award Defendant Nel-Aisha Hospitality, Inc. attorney's fees as the prevailing party pursuant to 42 U.S.C. § 12205. In support of this Motion, Defendant incorporates its Suggestions in Support filed contemporaneously with this Motion.

Respectfully Submitted,
LOWTHER JOHNSON
Attorneys at Law, LLC

By: /s/ Matthew J. Growcock
Matthew J. Growcock, MO Bar No. 56985
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Fax: 417-866-1752
mgrowcock@lowtherjohnson.com

ATTORNEY FOR DEFENDANT