UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:16-cv-3272 |
| NEL-AISHA HOSPITALITY, INC. A Limited Liability Company Defendant | : |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing the settlement and anticipate filing dismissal documents within thirty (30) days.

Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: January 26, 2017

                                                Respectfully Submitted,

                                                By: /s/ Pete M. Monismith
                                                Pete M. Monismith, Esq.
                                                3945 Forbes Ave., #175
                                                Pittsburgh, PA 15213
                                                Ph: 724-610-1881
                                                Fax: 412-258-1309
                                                Pete@monismithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this the 26th day of January 2017.

By: /s/ Pete M. Monismith