UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:16-cv-3272 |
| NEL-AISHA HOSPITALITY, INC.<br>A Limited Liability Company<br>Defendant | : |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Nel-Aisha Hospitality, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: March 1, 2017

By: /s/ Pete M. Monismith

Pete M. Monismith, Esq.
Pete M. Monismith, P.C.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com
**Attorney for Plaintiff**

By: /s/ Matthew Growcock

Matthew Growcock
Lowther Johnson Attorneys at Law, LLC
901 St. Louis Street, 20th Fl.
Springfield, MO 65806
Phone: 417.866.7777
Fax: 417.866.1752
http://www.lowtherjohnson.com
**Attorney for Defendant**