UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:16-cv-3272 |
| NEL-AISHA HOSPITALITY, INC.<br>A Limited Liability Company<br>Defendant | : |

# ORDER

Before the Court is the parties' Joint Stipulation of Full and Final Dismissal with Prejudice. (Doc. 28). The Court has reviewed the record before it and based on the parties' stipulation it is hereby **ORDERED** that the above-styled cause is hereby dismissed with prejudice, the parties to bear their own respective attorneys' fees and costs. It is further **ORDERED** that all pending motions are hereby denied or moot and the case is closed.

**IT IS SO ORDERED.**

Date: March 2, 2017

                                                                   */s/ Douglas Harpool*
                                                                   Honorable Douglas Harpool
                                                                   UNITED STATES DISTRICT JUDGE